JOHN SIMMONS, ETC.

v.

FABIAN F. SWIETNICKI, M.D., ET AL.

December 6, 1988.

Cross-petition for certification denied.


BONNCO PETROL, INC.

v.

GENE AND MARLENE EPSTEIN.

December 6, 1988.

Petition for certification granted.


DR. EMORY M. GHANA v. WILLIS MORTON, ET AL.

December 6, 1988.

Petition for certification denied.


CLAYTON MOTON v. NEW JERSEY STATE PAROLE BOARD.

December 6, 1988.

Petition for certification denied.